RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DILLON KLAIR McCANDLESS, <br><br> Defendant. | Case No. CR 17-188-E-BLW <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 1152 <br> 18 U.S.C. § 2111 |

The Grand Jury charges:

### COUNT 1

**Robbery**
**18 U.S.C. §§ 2111 and 1152**

On or about July 23, 2017, in the State and District of Idaho, and on the Fort Hall Indian Reservation, the defendant, DILLON KLAIR McCANDLESS, by force and violence and by intimidation, did take from the person and presence of S.C., a Sage Hill Casino teller, cash money, in violation of Title 18, United States Code, Sections 2111 and 1152.

**INDICTMENT** - 1

Dated this ____ day of July, 2017.

                                      A TRUE BILL

                                      /s/ [signature on reverse]
                                      _____
                                      FOREPERSON

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

_____
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2