UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
DISTRICT COURT

COMPETENCY HEARING:

| | |
|---|---|
| District Judge: B. Lynn Winmill | Date: January 18, 2018 |
| Deputy Clerk: Jamie Bracke | Location: Pocatello |
| ESR: Jamie Bracke | Time: 1:35 - 1:47 p.m. |

## UNITED STATES OF AMERICA v. DILLON KLAIR McCANDLESS
### CASE No. 4:17-cr-188-BLW

Counsel for the United States: Jack Haycock
Counsel for Defendant: Steven Richert

Competency hearing held 1/18/2018.

The Court reviewed the case history.

The Court found by a preponderance of the evidence that Mr. McCandless is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court ordered ongoing monitoring of the defendant.

The Jury Trial is set for February 5, 2018 at 1:30 p.m. in Pocatello. The Telephonic Pretrial Conference is set for January 25, 2018 at 4:00 p.m.