BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN, #192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166
FAX: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DILLON McCANDLESS<br><br>　　　　Defendant. | Case No. CR-17-188-E-DCN<br><br><br>GOVERNMENT'S FIRST MOTION TO CONTINUE TRIAL |

　　　　The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Special Assistant United States Attorney, for the District of Idaho, respectfully moves the Court pursuant to 18 U.S.C. § 3161(h)(3)(A) and (7)(A) to continue the pre-trial conference scheduled for May 28, 2018, and the jury trial scheduled for June 4, 2018, on the grounds that an essential government witness is not available on the scheduled trial date.

　　　　This case was continued in an order issued on April 9, 2018, Document No. 32, setting the pre-trial conference for May 24, 2018, and the jury trial for June 4, 2018.  Shortly after the new jury trial date was set, a key government witness and the lead investigator on the case notified the undersigned AUSA that he had a family vacation planned and paid for from May 28, 2018, through June 7, 2018, and that he was unavailable for trial on June 4, 2018.

　　　　Defense counsel and the undersigned AUSA discussed the matter over the next few weeks to determine whether there was a need for a motion to continue or whether the parties

**GOVERNMENT'S FIRST MOTION TO CONTINUE TRIAL - 1**

could reach a resolution in the case which would have negated the need for a continuance. Counsel just recently determined that although the case might be resolved in the future, there is still a chance that the case may go to trial and that the government is unable to do so because its witness is unavailable.

The undersigned AUSA should have made this request sooner, rather than on the eve of the scheduled pre-trial conference. However, another AUSA in the office, Mike Fica, passed away on April 8, 2018, the day before the order continuing the trial in this case was issued, and the undersigned AUSA and others in the U.S. Attorney's Office have been dealing with Mr. Fica's cases and pending matters over the last few weeks. The undersigned AUSA apologizes for not raising this issue right after the continuance was granted on April 9 but there was some hope the case would be resolved and the press of business following Mr. Fica's death has been overwhelming for all in the U.S. Attorney's Office in Pocatello.

The government respectfully requests that the pre-trial conference and jury trial be continued so that this key government witness is available for trial.

The defense counsel has stated that he does not object to the requested continuance.

The government believes that any delay is justified by the ends of justice and is excludable time.

DATED this 23rd day of May, 2018.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        /s/_____
        JACK B. HAYCOCK
        Assistant United States Attorney

**GOVERNMENT'S FIRST MOTION TO CONTINUE TRIAL - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2018, the foregoing GOVERNMENT'S FIRST MOTION TO CONTINUE TRIAL was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Steven V Richert
Steve_Richert@fd.org

/s/_____
Janet Widdison
Legal Assistant

**GOVERNMENT'S FIRST MOTION TO CONTINUE TRIAL - 3**